IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:18-cv-00339

ERMA T. JAMES,                          )
        Plaintiff,                     )
                              )
                              )     **NOTICE OF REMOVAL**
          v.                              )
                              )
UNIVERSITY OF NORTH CAROLINA  )
HEALTH CARE HOSPITAL,           )
        Defendant.                     )

NOW COMES The University of North Carolina Health Care System ("UNC HCS"), specially appearing by and through the undersigned counsel, to hereby remove this matter from the Superior Court of Guilford County North Carolina to the United States District Court for the Middle District of North Carolina. This Notice of Removal is made pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. §1446. In support of this Notice of Removal, UNC HCS states the following:

1. On or about 27 March 2018 Plaintiff Erma T. James ("Plaintiff") filed a Complaint in the Superior Court of Guilford County, North Carolina under case number 18 CVS 4207 captioned <u>Erma T. James v. University of North Carolina Health Care Hospital</u> ("Complaint"). A copy of the Complaint is attached to this filing, labeled as Exhibit A, and is hereby incorporated by reference. A copy of the Summons ("Summons") which accompanied the

Case 1:18-cv-00339-CCE-JLW    Document 1    Filed 04/26/18    Page 1 of 5

Complaint is attached to this filing, labeled as Exhibit B, and is hereby incorporated by reference.

2. The Complaint alleges discrimination on the basis of race in violation of 42 U.S.C. § 2000e-2(a), discrimination on the basis of disability in violation of 42 U.S.C. § 12112(a), and discrimination on the basis of racial retaliation in violation of 42 U.S.C. § 2000e-3(a).

3. Each of these three claims is a civil action arising under Title 42 of the United States Code over which this Court possesses original jurisdiction pursuant to 28 U.S.C. § 1331. As such, each of these three claims is subject to removal from State court to this Court pursuant to 28 U.S.C. § 1441.

4. The Complaint alleges a fourth cause of action based upon the intentional tort of assault and battery. Assault and battery is a State law claim over which this Court lacks original jurisdiction. However, in the Complaint Plaintiff alleges that the acts constituting the basis of the assault and battery claim are the same acts as those forming a part of the basis of the three federal discrimination claims. (Compl. ¶ 39.) This Court may exercise supplemental jurisdiction over such a claim pursuant to 28 U.S.C. § 1367. Therefore, this fourth claim is subject to removal from State court to this Court pursuant to 28 U.S.C. § 1441(c).

5. The Summons and copy of the Complaint in Guilford County case

Case 1:18-cv-00339-CCE-JLW    Document 1    Filed 04/26/18    Page 2 of 5

number 18 CVS 4207 were received by UNC HCS on or about 29 March 2018. Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

6.      UNC HCS is the only defendant named in this action; thus, no other party need consent to this Notice of Removal under 28 U.S.C. § 1446(b)(2)(A).

7.      Venue in this Court is proper pursuant to 28 U.S.C. §1441(a) and §1446(a) because the U.S. District Court for the Middle District of North Carolina is the federal judicial district embracing the Superior Court Division of  the North Carolina General Court of Justice for Judicial District 18 (Guilford County) wherein this action was originally filed.

8.      All documents associated with Guilford County case number 18 CVS 4207 of which UNC HCS is aware, including the Complaint and the Summons, are attached to this filing as exhibits.

9.      A Notice of Filing of Notice of Removal, which includes a copy of this Notice of Removal, will be filed with the Clerk of Court for the Superior Court of Guilford County, North Carolina, and served upon the other parties to this action promptly as required by 28 U.S.C. § 1446(d).  A copy of this Notice of Filing of Notice of Removal is attached to this filing, labeled Exhibit C, and hereby incorporated by reference.

10.      The filing of this Notice of Removal does not constitute a waiver of any objections as to service, jurisdiction, venue, or any other defenses or

Case 1:18-cv-00339-CCE-JLW    Document 1    Filed 04/26/18    Page 3 of 5

objections by UNC HCS in this action.  UNC HCS expressly reserves the right to assert such objections and defenses at the appropriate time. Further, UNC HCS intends no admission of fact, law, or liability by this filing.

WHEREFORE, in light of the foregoing, UNC HCS respectfully requests that this action be removed to the United States District Court for the Middle District of North Carolina.

Respectfully submitted this the 26 day of April 2018.

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/ Robert T. Broughton

_____

Robert T. Broughton
Assistant Attorney General
North Carolina Department of Justice
Attorney for UNC Health Care System

101 Manning Dr., Medical Wing E #410
Chapel Hill, North Carolina 27514
(984) 974-2086
State Bar No. 42714
robert.broughton@unchealth.unc.edu
rbroughton@ncdoj.gov

Page 4 of **5**

<u>**Certificate of Service**</u>

The undersigned hereby certifies that on the date shown below a copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of Court using the CM/ECF system.

It is further certified that on the date shown below a copy of the foregoing **NOTICE OF REMOVAL** was served upon the following non-CM/ECF participant by placing said copy in a first-class postage paid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is the last known address(es), and by depositing said envelope and its contents in the United States Mail:

Norman B. Smith
Attorney for Plaintiff
Smith, James, Rowlett & Cohen, LLP
PO Box 990
Greensboro, North Carolina 27401-0990

This the 26 day of April 2018.

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/ Robert T. Broughton

_____
Robert T. Broughton
Assistant Attorney General
North Carolina Department of Justice

Page **5** of **5**